| Filer's Name, Address, Phone, Fax, Email: |  | |
|---|---|---|
| GREG DUNN, #3616<br>Davies Pacific Center<br>841 Bishop Street, Suite 2221<br>Honolulu, Hawaii 96813<br>Telephone: (808) 524-4529<br>greg.dunn4@hawaiiantel.net | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | |

hib_9013-3 (12/09)

| Debtor: Phung Van Nguyen | Case No.: **11-01156** |
|---|---|
| Joint Debtor: | Chapter **13** |
| *[If adversary proceeding, complete the information below. Use "et al." if multiple parties.]*<br>Plaintiff(s):<br><br>vs.<br>Defendant(s): | Adversary Proceeding No.:<br><br>Related Docket No.: |

## CERTIFICATE OF SERVICE

| Document(s) served: | Date served: |
|---|---|
| CHAPTER 13 PLAN MOTION TO VALUE COLLATERAL; NOTICE OF DEADLINE TO OBJECT | 4/25/2011 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.**
*[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]*

| *Example:*<br>• Name of individual served<br>• If attorney, name of client<br>• Mailing address *or*<br>  Email address if served via ECF *or*<br>  Fax number if served by fax | AMERICREDIT<br>P.O. BOX 183593<br>Arlington TX 76096-3593 | |
|---|---|---|
| | | |
| Dated: 4/25/2011 | /s/ GREG DUNN<br>Signature | (If original signature, print name above) |