Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI        8308-0
GARY P. QUIMING     8822-0
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Email:  mtsai@awlaw.com; gquiming@awlaw.com

Attorneys for Secured Creditor
 AMERICREDIT FINANCIAL
 SERVICES INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 11-01156 |
| | ) (Chapter 13) |
| PHUNG VAN NGUYEN, | ) |
| | ) |
| Debtor. | ) Hearing: |
| | ) Date:    June 23, 2011 |
| | ) Time:    9:40 a.m. |
| | ) Judge:   Honorable Robert J. Faris |
| | ) |
| | ) Related Doc. Nos. 4 and 9 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13
PLAN FILED APRIL 22, 2011 AND OPPOSITION TO
MOTION TO VALUE COLLATERAL FILED APRIL 26, 2011**

AMERICREDIT FINANCIAL SERVICES INC. ("AMERICREDIT") objects

to confirmation of the Debtor's proposed plan filed herein on April 22, 2011 ("Plan")

and to Debtor's Motion to Value Collateral filed herein on April 26, 2011 ("Motion")

on the grounds that the valuation of the 2007 Nissan Titan Truck, VIN No.

1N6AA07A77N228099 (the "Secured Automobile") by Debtor PHUNG VAN

NGUYEN ("Debtor") does not comply with the provisions of the Bankruptcy Code.

AMERICREDIT provided financing to Debtor to purchase the Secured

Automobile under a Credit Sale Contract dated March 5, 2007 (the "Contract"). A

copy of the Contract is attached to the *Declaration of Jennifer Van Guilder in Support*

*of Objection to Confirmation of Chapter 13 Plan filed April 22, 2011 and Motion to*

*Value Collateral filed April 26, 2011* ("Declaration") as Exhibit "A." The Contract

includes a grant of security interest in the Secured Automobile and was signed by

Debtor. The Contract indicates the primary purpose for which the Secured

Automobile was purchased was for personal, family or household use.

The Debtor's Plan values the Secured Automobile at $14,350.00. Debtor'

Motion also values the Secured Automobile at $14,350.00. The motion bases the

value on the Kelley Blue Book auction value.

Section 506(a)(2) of the Code provides that the value of personal property

securing an allowed claim "shall be determined based on the replacement value of

such property as of the date of the filing of the petition without deduction for costs of

sale or marketing. With respect to property acquired for personal, family or

household purposes, replacement value shall mean the price a retail merchant would

charge for property of that kind considering the age and condition of the time value is

determined." (Emphasis added.)

961260

Certificate of Title No. PJT013-07 (attached to the Declaration as Exhibit "B")

for the Secured Automobile shows Debtor as the registered owner of the Secured

Automobile and AMERICREDIT as Lienholder. Based on the Contract and the

Certificate of Title, it appears that the Secured Automobile was purchased for

personal, family or household purposes.

Attached to the Declaration as Exhibit "C" is a copy of the NADA Official

Used Car Guide Vehicle Summary NADA Values which indicates that the retail value

for a vehicle of similar age and mileage is $22,000.00. Accordingly, AMERICREDIT

submits that its claim is secured up to $22,000.00 and the valuation of $14,350.00 is

incorrect.

AMERICREDIT objects to the Plan and Motion insofar as the Plan and Motion

value AMERICREDIT's claim as secured in the amount of only $14,350.00.

Accordingly, AMERICREDIT requests that the Court deny Plan confirmation

and deny the Motion.

DATED: Honolulu, Hawaii; May 12, 2011.

_____
MIRANDA TSAI
GARY P. QUIMING
Attorneys for Secured Creditor
  AMERICREDIT FINANCIAL
  SERVICES INC.

961260