Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI     8308-0
GARY P. QUIMING     8822-0
1099 Alakea Street
Alii Place, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; gquiming@awlaw.com

Attorneys for Creditor
AMERICREDIT FINANCIAL
SERVICES INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 11-01156 |
| | ) (Chapter 13) |
| PHUNG VAN NGUYEN, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2011, copies of (1) *Objection to Confirmation of Chapter 13 Plan Filed April 22, 2011 and Opposition to Motion to Value Collateral Filed April 26, 2011*; and (2) *Declaration of Jennifer Van Guilder in Support of Objection to Confirmation of Chapter 13 Plan Filed April 22, 2011 and Opposition to Motion to Value Collateral Filed April 26, 2011*; Exhibits "A" –

961260.01

1
U.S. Bankruptcy Court - Hawaii   #11-01156   Dkt # 21   Filed 05/12/11   Page 1 of 2

"*C*" were duly served electronically by the U.S. Bankruptcy Court and/or by depositing said copies in the United States mail, postage prepaid, to the following parties in the manner so indicated:

| | |
|---|---|
| Phung Van Nguyen<br>P. O. Box 235561<br>Honolulu, HI 96823-3509<br><br>Via US mail<br><br>Debtor | Howard M. S. Hu<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br><br>ECF: Ch13mail@aol.com<br><br>Trustee |
| Gregory T. Dunn, Esq.<br>Davies Pacific Center<br>841 Bishop Street, Suite 2221<br>Honolulu, Hawaii 96813<br><br>ECF: gregdunn1@hawaiiantel.net<br><br>Attorney for Debtor | Office of the United States Trustee<br>First Hawaiian Tower<br>1132 Bishop Street, Suite 602<br>Honolulu, Hawaii 96813<br><br>ECF: ustpregion15.hi.ecf@usdoj.gov |

DATED: Honolulu, Hawaii; May 12, 2011.

_____
MIRANDA TSAI
GARY P. QUIMING
Attorneys for Creditor
  AMERICREDIT FINANCIAL
  SERVICES INC.